

**FILED**

JUL 1 0 2018

Mark C. McCartt, Clerk
U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) Case No. **18 CR 143 JED** |
| | ) |
| **Plaintiff,** | ) <u>**INDICTMENT**</u> |
| **v.** | ) [8 U.S.C. § 1326:  Reentry of Removed |
| | ) **Alien**] |
| | ) |
| **JOSE PEREGRINA,** | ) |
| **a/k/a "Carlos Quen-Ochoa,"** | ) |
| **a/k/a "Guero,"** | ) |
| | ) |
| **Defendant.** | ) |

### THE GRAND JURY CHARGES:

On or about May 28, 2018, in the Northern District of Oklahoma, the defendant, **JOSE PEREGRINA**, a/k/a "Carlos Quen-Ochoa," a/k/a "Guero," an alien, was found in the United States after having been deported and removed therefrom on or about January 24, 2012, at or near Brownsville, Texas, and not having previously obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States.

All in violation of Title 8, United States Code, Section 1326.

R. TRENT SHORES
UNITED STATES ATTORNEY

A TRUE BILL

*/s/ Grand Jury Foreperson*

JOEL-LYN A. McCORMICK
Assistant United States Attorney

Grand Jury Foreperson